UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIFFANY HARRIS,
individually and on behalf of all others similarly situated,

    Plaintiffs,

v.                                                  Case No. 8:22-cv-2651-KKM-SPF

ADVANCED MARKETING & PROCESSING, INC.,

    Defendant.
_____

**ORDER**

    The Court is advised that this action is settled. (Doc. 23.) Accordingly, consistent with Local Rule 3.09(b), it is **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the parties, within 45 days of this order, to submit a stipulated form of final order or judgment should they so choose or for a party to move to reopen the action, upon good cause shown. After that 45-day period, dismissal will be **WITH PREJUDICE**. The Clerk is directed to terminate any pending motion and deadline, and to close this case.

    **ORDERED** in Tampa, Florida, on April 3, 2023.

_____
Kathryn Kimball Mizelle
United States District Judge